BUSH v. THE GROVER AND BAKER SEWING MACHINE COMPANY.

From the Marion Superior Court.

V. Carter, for appellant.

S. Claypool and W. A. Ketcham, for appellee.

DOWNEY, J.—The record in this case does not show that any errors were assigned in the general term of the superior court. We can, therefore, decide nothing. Wilson v. Harrison, 44 Ind. 468.

The judgment is affirmed, with five per cent. damages and costs.